COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause number:             01-14-00826-CV

Style:                   In the Interest of J.M.

Date motion filed[*]:     October 30, 2014

Type of motion:       Motion for extension of time to file reporter's record

Party filing motion:    Court reporter

Document to be filed:   Reporter's record

Is appeal accelerated?    Yes

If motion to extend time:

      Original due date:            October 17, 2014

      Number of previous extensions granted:     1        Current Due date:  October 30, 2014

      Date Requested:         November 9, 2014

Ordered that motion is:

      ☑        Granted

                 If document is to be filed, document due:  **November 10, 2014**

                 ☑      **The Court will not grant additional motions to extend time.**

      ☐        Denied

      ☐        Dismissed (*e.g.*, want of jurisdiction, moot)

      ☐        Other: _____

     **Because this is a termination case, the Court is required to bring this appeal to final disposition within 180 days of the date the notice of appeal was filed so far as reasonably possible.** *See* **Tex. R. Jud. Admin. 6.2,** *reprinted in* **TEX. GOV'T CODE ANN., tit. 2, subtit. F app. (West 2013). Accordingly, no further extensions will be granted.**

Judge's signature:   /s/ Jim Sharp
                    ☑ Acting individually    ☐ Acting for the Court

Panel consists of    _____

Date: November 7, 2014